**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

VINCENT BAISI,

                    Plaintiff,

v.                                              CIVIL ACTION NO. 3:24-0378

OFFICER C. R. ONG,
BLAIR HUDSON,

                    Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that this Court grant Defendant Hudson's Motion to Dismiss (ECF No. 20) and Defendant Ong's Motion to Dismiss (ECF No. 24), and remove this matter from the Court's docket. No objections to the Magistrate Judge's findings and recommendation were filed by the April 28, 2025 deadline.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Defendant Hudson's Motion to Dismiss (ECF No. 20) and Defendant Ong's Motion to Dismiss (ECF No. 24), and **REMOVES** this matter from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:    May 7, 2025

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE